# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

ROSS STORES, INC.

        Plaintiff(s),

v.

GAINEY TRANSPORTATION SERVICES, INC.

        Defendant(s).

CASE NO. C-04-2521-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Carl O. Oosterhouse, an active member in good standing of the bar of Michigan, whose business address and telephone number is P.O. Box 352, Grand Rapids, Michigan 49501-0352; Telephone: (616) 336-6000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Gainey Transportation Services, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 2 2 2005

Hon. Maxine M. Chesney
United States District Judge